IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 19 M 145 SLC |
| JEFF ALTHOFF, | 16 U.S.C. § 3372(d)(2)<br>16 U.S.C. § 3373(d)(3)(B) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about October 1, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

JEFF ALTHOFF,

knowingly made a false record of wildlife, that is, the defendant falsely registered on 9-18-18 with the Wisconsin Department of Natural Resources (DNR) that he had killed an adult antlered buck deer on 9-17-18 in Buffalo County by archery on public land, with said wildlife having then been transported in interstate commerce from Wisconsin to Minnesota. The defendant failed to report on said registration form that on 9-17-18, he actually killed the adult antlered buck deer with a bow on private land at a game farm in Taylor County, using a paid guide, and then transported the animal to Pierce County and staged pictures with the animal to make it appear as if he had killed the animal on

public land in Buffalo County.

(In violation of Title 16, United States Code,
Sections 3372((d)(2) and 3373(d)(3)(B)).

12/19/19
Date

SCOTT C. BLADER
United States Attorney